UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL ANTONIO CARCAMO,<br>Plaintiff,<br>v.<br>SF COUNTY JAIL MEDICAL SERVICES,<br>Defendant. | Case No. 20-cv-04727-JST<br><br>**ORDER OF DISMISSAL** |

On July 16, 2020, plaintiff filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. ECF No. 1. That same day, the Court informed plaintiff that this action was deficient because he had not signed the complaint as required by Rule 11 of the Federal Rules of Civil Procedure. ECF No. 3. Plaintiff was instructed to submit a signed complaint on the proper form within twenty-eight days of the date of the order, or this action would be dismissed. ECF No. 3. The Court provided plaintiff with a copy of the unsigned complaint and a post-paid return envelope. ECF No. 3. The deadline has passed, and plaintiff has not submitted a signed complaint on the proper form. The Court therefore DISMISSES this action without prejudice. Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion must be accompanied by a signed complaint on the proper form. The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: September 3, 2020



JON S. TIGAR
United States District Judge